UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODESKI MONTREAZ EDWARDS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>URIVE DOMINGO, JR., Warden,<br><br>　　　　　Respondent. | 1:11-cv-00689-JLT HC<br><br>ORDER DENYING PETITIONER'S MOTION TO APPOINT COUNSEL<br><br>(Doc. 3) |

　　　　Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

　　　　On April 29, 2011, Petitioner filed the instant motion for appointment of counsel, citing the complexity of the issues as grounds therefore. (Doc. 3). There currently exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time.

　　　　Accordingly, IT IS HEREBY ORDERED that Petitioner's request for appointment of counsel

1

1  (Doc. 3), is DENIED.
2  IT IS SO ORDERED.
3  Dated:  **September 1, 2011**                              **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE